## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ADVANCED PHYSICIANS, S.C., | |
| Plaintiff, | No. 1:19-cv-02959 |
| v. | |
| NATIONAL FOOTBALL LEAGUE, | Hon. Manish S. Shah |
| Defendant. | |

## DEFENDANT THE NATIONAL FOOTBALL LEAGUE'S MOTION TO TRANSFER

Pursuant to 28 U.S.C. § 1404, Defendant, the National Football League (the "NFL"), respectfully moves this Court to transfer venue to the Northern District of Texas where a related action—brought by the same Plaintiff's counsel, regarding the same alleged conduct—is currently pending.[1]  In support of this motion, the NFL refers this Court to the Memorandum in Support of Its Motion to Transfer filed herewith.

DATED: May 9, 2019

Respectfully submitted,

_____*/s/ John K. Theis*_____
John K. Theis
Allison M. Nichols
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
t: (312) 471-8700
f: (312) 471-8701
e: jtheis@rshc-law.com
e: anichols@rshc-law.com

Stacey R. Eisenstein (*pro hac vice pending*)
James C. Crowley (*pro hac vice pending*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.

---

[1] This motion to transfer is made in the alternative to the NFL's concurrently-filed motion to dismiss.  If this Court denies the NFL's motion to dismiss, the motion to transfer should be granted.

Washington, D.C. 20006
t: (202) 887-4000
f: (202) 887-4288
e: seisenstein@akingump.com
e: jcrowley@akingump.com

Attorneys for Defendant
National Football League

## CERTIFICATE OF SERVICE

I, John K. Theis, hereby certify that on May 9, 2019, I filed a copy of the foregoing document electronically using the Court's CM/ECF system, which will generate notice of this filing to all counsel of record, and served on the following by U.S. Mail:

D. Todd Mathews
Samira Z. Kazaeli
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833

Steven E. Aldous
Forshey & Prostock, LLC
500 Crescent Court
Suite 240
Dallas, TX 75201
(214) 716-2100

Jason C. Webster
The Webster Law Firm
6200 Savoy, Suite 150
Houston, TX 77036
(713) 581-3900

*/s/ John K. Theis*

John K. Theis